UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                          Plaintiff,          **ORDER**
                                        CV 04-5008 (DRH)(ARL)

    -against-

CARMEN ESTRADA,

                         Defendant.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      This matter was referred to the undersigned by District Judge Hurley for the purpose of issuing a report and recommendation with respect to the entry of an award of damages and attorneys' fees. The plaintiff has indicated the papers submitted in support of the motion for a default judgment suffice for the purposes of the damages inquest.

      The defendant may serve and file papers in opposition to the award of damages and attorneys' fees by November 20, 2006.

Dated: Central Islip, New York
       October 23, 2006

**SO ORDERED:**

_____/s/_____
ARLENE ROSARIO LINDSAY
United States Magistrate Judge